## The State *v*. Stewart.

APPEAL from order of Probate Judge of Bibb County allowing Bail on *Habeas Corpus*.

Heard before the Hon. W. L. PRATT.

CHAS. G. BROWN, Attorney-General, and W. W. LAVENDER, for the State.

ELLISON, THOMPSON & LORING, for petitioner.

The appellee, T. J. Stewart, was indicted for murder, was arrested and committed to jail. He thereupon filed a petition for *habeas corpus* and asked to be admitted to bail. The probate judge, to whom the petition was addressed, on the hearing of the evidence, admitted the petitioner to bail, and from this judgment the State appeals.

The order of the probate judge admitting the petitioner to bail was reversed, and judgment is here rendered denying bail and dismissing the petition.

Opinion by SHARPE, J.